```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MALIBU MEDIA, LLC              :       CIVIL ACTION
                               :
         v.                    :
                               :
JOHN DOES 1-11                 :       NO. 12-667

## ORDER

AND NOW, this 14th day of February, 2012, upon receipt of the plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (Docket No. 4), IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART.

The motion is granted insofar as the plaintiff may serve third party subpoenas before the Rule 26(f) conference. It is denied to the extent that the plaintiff seeks to have the Court decide the appropriateness of the subpoenas at this time. That decision would be premature. The Court will not rule in advance on any objections to the subpoenas by the third parties who are not before the Court.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.