UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Malibu Media, LLC                      Civil Action No: 2:12-cv-00667
          Plaintiff

    v.

John Does 1 – 11
          Defendants

**PETITION/MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISIS IN A CIVIL ACTION**

1. Defendant, JOHN DOE #9 received Notice of Subpoena in the above-referenced action on or about March 1, 2012.

2. Defendant is a John Doe and has been unable to verify I.P. address on the date of alleged violation despite repeated requests.

3. Plaintiffs Subpoena is over reaching and not specific as it is impossible for the Defendant to determine their legal liability at this time.

WHEREFORE, Defendant, John Doe #9 respectfully requests this court to Order that the Subpoena be Quashed.

Respectfully,

_____
JOSEPH A. MALLEY, III, ESQUIRE
I.D. 27866
Attorney for Defendant John Doe #9