UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
: 
MALIBU MEDIA, LLC.,                                              :
:  Civil Action No. 2:12-cv-00667-MAM
            Plaintiff,                                       :
:
vs.                                                              :
:
JOHN DOES 1-5, MARK THOMAS,                                      :
D. KIRK HARMAN AND JOHN DOES 10-11,                              :
:
            Defendants.                                      :
:
-----------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF DOE 11 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, John Doe 11 from this action without prejudice. John Doe 11 was assigned the IP Address 74.109.21.14. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                      Respectfully submitted,

                      FIORE & BARBER, LLC

By:    *s/ Christopher Fiore*
        Christopher P. Fiore, Esquire
        Aman M. Barber, III, Esquire
        Attorneys for Plaintiff
        425 Main Street, Suite 200
        Harleysville, PA 19438
        Tel: (215) 256-0205
        Fax: (215) 256-9205
        Email: cfiore@fiorebarber.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    *s/ Christopher P. Fiore*
Christopher P. Fiore, Esquire